**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VERONICA HERRERA-LAMAS (1),<br>DEBORAH PENHAS-KOSBERG (2),<br>RUTH VICTORIA<br>　　　VERDUGO-CAMACHO (3),<br><br>　　　　　Defendants. | Case No. 22-cr-00645-BAS<br>　　　　　22MJ0718<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii) and<br>(v)(II) - Transportation of<br>Certain Aliens and Aiding and<br>Abetting (Felony) |

The United States Attorney charges:

Counts 1-2

On or about February 24, 2022, within the Southern District of California and elsewhere, defendants VERONICA HERRERA-LAMAS, DEBORAH PENHAS-KOSBERG, and RUTH VICTORIA VERDUGO-CAMACHO, knowing and in reckless disregard of the fact that the aliens below, had come to, entered and remained in the United States in violation of law, did knowingly transport and move said aliens and attempted to transport and move said aliens, within the United States, in order to help said aliens remain in the United States illegally:

//
//
//

DKG:lml:3/12/2022

```
Count      Name
  1        Benito Dimas-Gomez
  2        Jose Cruz
```

in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: March 12, 2022    .

                          RANDY S. GROSSMAN
                          United States Attorney

                          */s/ Daniel Greene*
                          DANIEL K. GREENE
                          Assistant U.S. Attorney